UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-03017-CMA-STV

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| MIKI LLC, a Colorado limited liability company; | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant MIKI LLC, by and through their respective counsel, hereby stipulate to the dismissal of this action against MIKI LLC with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a settlement agreement.

DATE: October 1, 2019

| | |
|---|---|
| s/Robert J. Vincze (CO #28399) | s/Timothy M. Murphy |
| Robert J. Vincze | Timothy M. Murphy |
| Law Offices of Robert J. Vincze | Hall & Evans, LLC |
| PO Box 792 | 1001 17th Street, Suite 300 |
| Andover, Kansas 67002 | Denver, CO 80202 |
| Phone: 303-204-8207 | Phone: 303-628-3300 |
| Email: vinczelaw@att.net | Email: murphyt@hallevans.com |
| *Attorney for Plaintiff Fred Nekouee* | *Attorneys for Defendant MIKI LLC* |

## CERTIFICATE OF SERVICE

I certify that on October 1, 2019, I electronically filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF system.

*s/Robert J. Vincze*
Robert J. Vincze (CO #28399)