**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 18-cv-03017-CMA-STV

FRED NEKOUEE,

     Plaintiff,

v.

MIKI LLC, a limited liability company,

     Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice (Doc. # 16). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE.

DATED:  October 1, 2019

          BY THE COURT:

          _____
          CHRISTINE M. ARGUELLO
          United States District Judge